Law Offices of Todd M. Friedman, P.C.
Todd M. Friedman (216752)
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARL ROBINSON,** Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff(s) <br><br> vs. <br><br> **MYRENTTOOWN.COM,** <br><br> Defendant. | Case No. 2:16-cv-05175-RGK-AGR <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Although this case was filed as a class action, no class has been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this 17th day of November, 2016.

By:    s/Todd M. Friedman
       Todd M. Friedman, Esq.
       Law Offices of Todd M. Friedman, P.C.
       Attorney for Plaintiff

Filed electronically on this 17th day of November, 2016, with:

**<u>United States District Court CM/ECF system</u>**

And hereby served upon all parties

Notification sent on this 17th day of November, 2016, via the ECF system to:

Honorable R. Gary Klausner
United States District Court
Central District of California


This 17th day of November, 2016.
By: <u>s/Todd M. Friedman</u>
        Todd M. Friedman